Case 5:03-cv-00284-C   Document 40   Filed 02/27/06   Page 1 of 1   PageID 343

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 05-70048

5:03-CV-284

United States Court of Appeals
Fifth Circuit
**F I L E D**
February 15, 2006
Charles R. Fulbruge III
Clerk

JOE FRANCO GARZA

    Petitioner - Appellee

v.

DOUG DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION

    Respondent - Appellant

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 27 2006
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

---

Appeal from the United States District Court for the
Northern District of Texas, Lubbock

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of February 15, 2006, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

    CHARLES R. FULBRUGE III
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

By: _____
    Monica Washington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy

2/15/06